```
Thomas M. Klein (SBN 010954)
C. Megan Fischer (SBN 019828)
Briana L. Campbell (SBN 034225)
```
**KLEIN THOMAS & LEE**
340 East Palm Lane, Suite A310
Phoenix, Arizona  85004
Tel:  (602) 935-8300
tom.klein@kleinthomaslaw.com
megan.fischer@kleinthomaslaw.com
briana.campbell@kleinthomaslaw.com

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Zavala, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | No. 2:19-CV-04521-PHX-MTL<br><br>**NOTICE OF SETTLEMENT** |

　　　Defendant FCA US LLC, by and through undersigned counsel, hereby gives notice that it has reached a settlement with Plaintiff Francisco Zavala of all claims in this action. The parties will file a stipulation and order of dismissal with prejudice in the near future.

　　　Request is hereby made that any calendared events be vacated.

　　　Dated this 30th day of April, 2019.

　　　　　　　　　　　　　　　　　　KLEIN THOMAS & LEE


　　　　　　　　　　　　　　　　　　By: */s/ C. MeganFischer*
　　　　　　　　　　　　　　　　　　　　Thomas M. Klein
　　　　　　　　　　　　　　　　　　　　C. Megan Fischer
　　　　　　　　　　　　　　　　　　　　Briana L. Campbell
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant FCA US LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2020, I caused the attached NOTICE OF SETTLEMENT to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and service to the following CM/ECF registrants:

G. Lynn Shumway
SHUMWAY LAW PLLC
4647 N. 32nd St., Ste. 230
Phoenix, AZ  85018
shumway@carsafetylaw.com

Brent Ghelfi
GHELFI LAW GROUP, PLLC
4647 N. 32nd St., Ste. 230
Phoenix, AZ  85018
brentghelfi@ghelfilawgroup.com

Thomas A. Burnett
BURNETT LAW OFFICE, PLC
1744 S. Val Vista Dr., Ste. 208
Mesa, AZ  85204
tom@burnettlawaz.com

Attorneys for Plaintiff

*/s/ D. Schwartz*