# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Zavala, | No. CV-19-04521-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| FCA US LLC, | |
| Defendant. | |

The Court has received notice that the parties have settled. (Doc. 78). Accordingly,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **dismiss** this action on June 12, 2020, with prejudice, unless prior thereto a party withdraws the Notice of Settlement (Doc. 78).

**IT IS FURTHER ORDERED** that all pending deadlines this case are **vacated**.

Dated this 30th day of April, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge